AYERS *v.* CENTRAL OF GEORGIA RAILWAY COMPANY.

FISH, J.  The evidence introduced upon the trial of this case demanded a verdict for the defendant.  Consequently, the court committed no error in directing a verdict in its favor.

*Judgment affirmed. All concurring, except Lumpkin, P. J., absent.*

Submitted October 18,—Decided November 25, 1898.

Action for damages. Before F. C. Foster, judge pro hac vice. Baldwin superior court. July term, 1898.

*Roberts & Pottle,* for plaintiff.

*Lawton & Cunningham* and *John T. Allen,* for defendant.